ORIGINAL

FILED

AUG 0 8 2018

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                        DEPUTY

**EX PARTE AND UNDER SEAL**

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE LARRY A. BURNS)

| UNITED STATES OF AMERICA, | CASE NO.: 18-CR-2466-LAB |
|---|---|
| Plaintiff, | |
| v. | **ORDER AUTHORIZING ISSUANCE OF SUBPOENAS UNDER RULE 17(B)** |
| ALEXIS SAUCEDO RODRIGUEZ, | |
| Defendant. | |

Upon an *Ex Parte* Application to the Court, by defendant, by and through counsel:

**IT IS HEREBY ORDERED** that pursuant to Rule 17(b) of the Federal Rules of Criminal Procedure, subpoenas be issued to the following witness to appear for trial set for August 14, 2018 at 9:00 a.m.:

1. **Matthew Roman**
   Homeland Security Investigations

2. **E. Olaes**
   United States Border Patrol

3. **E. Ramirez**
   United States Border Patrol

4. **Tr. Rodriguez**
   United States Border Patrol

5.    J. Rogel
United States Border Patrol

The United States Marshals need not serve the authorized subpoenas, as service of the authorized subpoenas will be arranged by Federal Defenders of San Diego, Inc.

**IT IS FURTHER ORDERED** that the costs incurred by the process and fees of the witnesses so subpoenaed shall be paid in the same manner in which similar costs and fees are paid in the case of witnesses subpoenaed on behalf of the government.

**IT IS FURTHER ORDERED** ~~that defendant's *Ex Parte*/Under Seal Application for Order Permitting Issuance of a Subpoena under Rule 17(b) and the instant Order Authorizing Issuance of a Subpoena Under Fed. R. Crim. P. 17(b) be filed under seal and their confidentiality maintained and not disclosed to the Government and~~ that a certified copy of the instant Order be provided to defense counsel. DEFENSE MUST COMPLY WITH CODE OF FEDERAL REGULATIONS WHEN SUBPOENING GOVERNMENT AGENTS.

**IT IS SO ORDERED.**

Dated: 7-30-10

HONORABLE LARRY A. BURNS
United States District Judge